**BUCHANAN INGERSOLL & ROONEY PC**
Christopher P. Schueller
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
Tel: (412) 562-8800
Fax: (412) 562-1041
*Counsel to Vector Intelligent Solutions, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| RUNWAY LIQUIDATION HOLDINGS, ) | Case No. 17-10466 (SCC) |
| LLC, *et al.*, ) | |
| Debtors. ) | |
| ) | |
| RUNWAY LIQUIDATION, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adv. Pro. No. 19-01065 (SCC) |
| v. ) | |
| ) | |
| VECTOR INTELLIGENT SOLUTIONS, ) | |
| LLC ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF CHANGE OF FIRM ADDRESS**

**PLEASE TAKE NOTICE** that Buchanan Ingersoll & Rooney PC, counsel for Vector Intelligent Solutions, LLC, formerly located at One Oxford Centre, 301 Grant Street, 20th Street, Pittsburgh, Pennsylvania 15219-1410, has the following change of address effective October 28, 2019:

Buchanan Ingersoll & Rooney PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413

The telephone and facsimile numbers remain unchanged.

Pg 2 of 4

|  |  |
|---|---|
|  | BUCHANAN INGERSOLL & ROONEY PC |
| Dated: October 28, 2019 | By: /s/ Christopher P. Schueller<br>Christopher P. Schueller, Esq.<br>501 Grant Street, Suite 200<br>Pittsburgh, PA 15219-4413<br>Phone: 412-562-8800<br>Fax: 412-562-1041<br>christopher.schueller@bipc.com |

**BUCHANAN INGERSOLL & ROONEY PC**
Christopher P. Schueller
Christopher P. Schueller
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
Tel: (412) 562-8800
Fax: (412) 562-1041
*Counsel to Vector Intelligent Solutions, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| RUNWAY LIQUIDATION HOLDINGS, ) | Case No. 17-10466 (SCC) |
| LLC, *et al.*, ) | |
| Debtors. ) | |
| ) | |
| ) | |
| RUNWAY LIQUIDATION, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adv. Pro. No. 19-01065 (SCC) |
| v. ) | |
| ) | |
| VECTOR INTELLIGENT SOLUTIONS, ) | |
| LLC ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 28th day of October, 2019, a true and correct copy of the Notice of Change of Firm Address was served via the Court's ECF filing system.

|  |  |
|---|---|
|  | BUCHANAN INGERSOLL & ROONEY PC |
| Dated: October 28, 2019 | By: */s/* Christopher P. Schueller<br>Christopher P. Schueller, Esq.<br>501 Grant Street, Suite 200<br>Pittsburgh, PA 15219-4413<br>Phone:  412-562-8800<br>Fax:  412-562-1041<br>christopher.schueller@bipc.com |